ACCEPTED
01-15-00210-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 3:26:29 PM
CHRISTOPHER PRINE
CLERK

**CASE NO. 01-15-00210-CV**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 3:26:29 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS
## HOUSTON, TEXAS

*Francisco Calleja-Ahedo*, **Appellant**

**v.**

*Compass Bank*, **Appellee**

*Original Proceeding from Cause No. 2014-22168*
*55th Judicial District Court, Harris County, Texas*

## AMENDED CERTIFICATE OF CONFERENCE FOR
## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellee, Compass Bank (**"Appellee"**) filed its Motion for Extension of Time to File Appellee's Brief on August 13, 2015. On the certificate of conference I incorrectly stated that I spoke with Mr. Michael Shea O'Connor when, in fact, I spoke to Michael C. O'Connor, counsel for Appellant.  I so certify.

930505.20140273/2202827.1

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael D. Conner
    Michael D. Conner
    Email: mconner@hirschwest.com
    State Bar No. 04688650
    William P. Huttenbach
    State Bar No. 24002330
    Email: phuttenback@hirschwest.com
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 220-9162
    Facsimile: (713) 223-9319

**ATTORNEYS FOR APPELLEE**
**COMPASS BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2015, a true and correct copy of the foregoing document was served as follows:

Michael C. O'Connor
Lesley C. O'Connor
O'CONNOR, CRAIG, GOULD & EVANS
2500 Tanglewilde, Suite 222
Houston, TX 77063
713-266-3311
713-953-7513 (fax)
*Via E-Service*
**ATTORNEYS FOR APPELLANT**

        */s/ Michael D. Conner*
        Michael D. Conner